NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROLITEC, INC.,**
*Appellant*

**v.**

**SCENTAIR TECHNOLOGIES, INC.,**
*Appellee*

---

2015-1017

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00180.

---

**JUDGMENT**

---

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellant. Also represented by J. DEREK MCCORQUINDALE; CORY C. BELL, Boston, MA.

JOSHUA B. POND, Kilpatrick Townsend & Stockton LLP, Washington, DC, argued for appellee. Also represented by ADAM HOWARD CHARNES, Winston-Salem, NC; DAVID CLAY HOLLOWAY, TIFFANY L. WILLIAMS, Atlanta, GA.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court